# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BRANDON DRAUGHN,<br><br>  Plaintiff,<br><br>  v.<br><br>KERN COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>  Defendants. | 1:22-cv-00284-GSA-PC<br><br>**ORDER RE PLAINTIFF'S NOTICE (ECF No. 14.)**<br><br>**ORDER DIRECTING CLERK TO CORRECT COURT RECORD** |

David Brandon Draughn ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on March 4, 2022. (ECF No. 1.)

On November 2, 2022, Plaintiff filed a notice requesting the Court to make two corrections to the Court's record. Plaintiff asserts that Defendant Jason Luker's badge number, written on the Court's record as #20348, **should be corrected to #203048**, and the spelling of Defendant Youngblood's last name, misspelled as Youngbloed, **should be corrected to Youngblood**.

Pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, "the court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record." Fed. R. Civ. P 60(a). See also Icho v. Hammer,

434 F. App'x 588, 589 (9th Cir. 2011) ("the district court did not abuse its discretion in correcting the [Plaintiff's incorrect] spelling of [the Defendant's] last name under Rule 60(a)").

It appears that the spelling of Defendant Youngblood's last name has already been corrected on the Court's record. However, the Court shall direct the Clerk to make a correction to Defendant Jason Luker's badge number.

Accordingly, that the Clerk of Court is DIRECTED to correct Defendant Jason Luker's badge number **from #20348 to #203048** on the Court's record.

IT IS SO ORDERED.

Dated:   **November 17, 2022**              /s/ Gary S. Austin
                                  UNITED STATES MAGISTRATE JUDGE