# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BRENDON DRAUGHN, | Case No.  1:22-cv-00284-FRS (BAM) (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO CORRECT SPELLING OF PLAINTIFF'S NAME |
| v. | (ECF No. 25) |
| KERN COUNTY SHERIFF'S DEPARTMENT, *et al.*, | ORDER DENYING PLAINTIFF'S MOTION FOR COPY OF LOCAL RULES AND DOCKET REPORT |
| Defendants. | (ECF No. 25) |

Plaintiff David Brendon Draughn ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983.  Plaintiff's first amended complaint has not been screened.  (ECF No. 16.)

On February 2, 2026, Plaintiff filed a motion to correct the spelling of his name.  (ECF No. 25.)  Plaintiff requests that the Court correct the spelling of his name from David Brandon Draughn to David Brendon Draughn.  Plaintiff further requests a copy of the Court Rules for the Eastern District of California and a docket report for his case.  (*Id.*)

With respect to Plaintiff's request for a copy of the Local Rules, Plaintiff is advised that the Court generally does not send litigants free copies of rules or case law, even when proceeding in forma pauperis, and any deviation from that standard practice represents an exception which must be justified.  Copies of the Court's Local Rules should be available to Plaintiff from the law

1

library at his institution.

Plaintiff is further advised that the Court does not provide free copies of case documents to parties, even when a party is proceeding in forma pauperis.  (ECF No. 7, p. 3.)  The Clerk of Court charges $0.50 per page for copies of documents.  Copies of the docket sheet may be made by the Clerk's Office upon written request and prepayment of the copy fees.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to correct the spelling of his name, (ECF No. 25), is GRANTED;

2. The caption for this case shall be as reflected above and the Clerk of the Court is directed to correct Plaintiff Draughn's name on the docket;

3. Plaintiff's motion for a copy of the Court's Local Rules and a copy of the docket sheet, (ECF No. 25), is DENIED; and

4. The first amended complaint will be screened in due course.

IT IS SO ORDERED.

Dated:   **February 4, 2026**           /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE